HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: 916.498.5700

Attorneys for Defendant
CHRISTINE IWAMOTO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTINE M. IWAMOTO,<br><br>Defendant-Debtor.<br><br>GOLDEN 1 CREDIT UNION,<br><br>Garnishee. | Case No. 2:24-MC-00161-TLN-CSK<br><br>**STIPULATION REQUESTING TO RESCHEDULE GARNISHMENT HEARING and ORDER**<br><br>[28 U.S.C. § 3202(d)(1)]<br><br>Criminal Case No. 2:21-CR-00193-TLN |

    This matter is now set for a hearing on September 24, 2024, at 10:00 a.m.  The parties have reached an agreement and are finalizing the documentation for a resolution.  It is the belief of the parties that a hearing will not be necessary in this matter if it resolves as anticipated. Accordingly, the parties, through their counsel, respectfully request that:

    1.    The hearing currently set for September 24, 2024, at 10:00 a.m. be postponed to October 15, 2024, at 10:00 a.m. in Sacramento, California before Magistrate Judge Chi Soo Kim.  Good cause exists to postpone the hearing, and no party will be prejudiced; and.

    2.    All other dates and deadlines shall remain as previously ordered.

                                                Respectfully submitted,

Dated:  September 23, 2024            PHILLIP A. TALBERT
                                                United States Attorney

                                     By:   */s/ Eric Chang*
                                                ERIC CHANG
                                                Assistant United States Attorney
                                                Attorneys for the United States

Dated:  September 23, 2024            HEATHER E. WILLIAMS
                                                Federal Defender

                                     By:   */s/ Megan T. Hopkins*
                                                MEGAN T. HOPKINS
                                                Assistant Federal Defender
                                                Attorneys for Christine Iwamoto

## **ORDER**

IT IS SO ORDERED.

Dated:  September 23, 2024                              
                                                Judge Chi Soo Kim
                                                United States Magistrate Judge