IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>CHRISTINE M. IWAMOTO,<br><br>      Debtor.<br><br>GOLDEN 1 CREDIT UNION.,<br><br>      Garnishee. | Case No. 2:24-MC-00161-TLN-CSK<br><br>**[PROPOSED] MODIFIED ORDER TERMINATING WRIT OF GARNISHMENT**<br><br>Criminal Case No. 2:21-CR-00193-TLN |

The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request.  Accordingly, it is ORDERED THAT:

1. Pursuant to 28 U.S.C. § 3205(c)(10), the Writ of Garnishment issued on May 15, 2024, is hereby TERMINATED;

2. All currently scheduled dates presently set before the undersigned are hereby VACATED; and

/ / /

/ / /

ORDER TERMINATING
WRIT OF GARNISHMENT

1

3. The Clerk of the United States District Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

Dated: October 15, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, iwam0161.24